IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS J. PEDATI** : | |
| : | **CIVIL ACTION NO. 02-CV-4335** |
| **Plaintiff** : | |
| vs. : | |
| **NATIONAL RAILROAD PASSENGER CORP., ET AL.,** : | |
| **Defendants** : | |

## O R D E R

**AND NOW,** this 13th day of December 2002, upon consideration of Defendants' Petition for Transfer of the Case Based on Forum Non-Conveniens (Docs. 6 and 7) and Plaintiff's letter dated September 3, 2002 not opposing Defendants' Petition, **IT IS HEREBY ORDERED and DECREED** that Defendants' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall transfer the above action to the Middle District of Flordia.

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**